IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| BALCOVA HOLDING N.V., *et al.*, | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. H-11-1714 |
| | § | |
| WILLIAM J. SCOTT, | § | |
| | § | |
| Defendant. | § | |

### ORDER ON MOTION FOR CONTINUANCE

Defendant William J. Scott's motion for continuance is granted in part. Scott need not respond to the summary judgment motion by the scheduled date of August 1, 2011. That deadline is cancelled. It will be reset after plaintiff has an opportunity to respond to the motion for continuance. The response is due by **August 19, 2011**.

SIGNED on July 29, 2011, at Houston, Texas.

Lee H. Rosenthal
United States District Judge